**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Craig P Wallin** | Social Security number or ITIN **xxx–xx–4665** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Marialena Wallin** | Social Security number or ITIN **xxx–xx–5207** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Western District of Wisconsin, http://www.wiwb.uscourts.gov**

Case number:  **1–17–10663–cjf**

# Order of Discharge       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Craig P Wallin                                   Marialena Wallin
fdba Pizza Planet, Inc. / Pizza Planet Franchise
Systems, Inc.

This order does not affect any pending adversary proceeding to determine dischargeability.

Dated: 7/10/17                            **By the court:**   Marcia M. Anderson, Clerk
                                                              United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Wisconsin

In re:                                                          Case No. 17-10663-cjf
Craig P Wallin                                                  Chapter 7
Marialena Wallin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0758-1          User: monica              Page 1 of 2          Date Rcvd: Jul 10, 2017
                              Form ID: 318              Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2017.
```
db/jdb         +Craig P Wallin,    Marialena Wallin,    2089 Cook Dr,    Somerset, WI 54025-7514
cr             +U.S. Bank National Association, as Trustee under P,   16345 West Glendale Drive,
                 New Berlin, WI 53151-2841
4407776        +Aquarius Water Conditioning,    Acct No xxxx,    3180 Country Dr,    Saint Paul, MN 55117-1016
4407777        +Bakke - Norman,    Acct No xxxx,    PO Box 308,    New Richmond, WI 54017-0308
4407778        +Benedict Refrigeration Systems,    1003 Harlem St,    Altoona, WI 54720-2203
4407780        +Chase Auto Finance,    Acct No xxxxx6xxx,    PO Box 78101,    Phoenix, AZ 85062-8101
4407782        +Daren J. Powers CPA,    246 Tierney Dr #1,    New Richmond, WI 54017-2515
4407784        +Jerome Kjolsing DDS,    Acct No xxxx,    645 Hospital Rd,    New Richmond, WI 54017-1451
4407785        +Kohn Law Firm,    Acct No xxxx,    735 N Water St #1300,    Milwaukee, WI 53202-4106
4407786        +Lakeview Hospital,    Acct No xxxx,    Attn: Billing,    927 Churchill St W,
                 Stillwater, MN 55082-6605
4407788        +Reinhart Foods,    Acct No xxxx,    13400 Commerce Blvd,    Rogers, MN 55374-8917
4407789        +Rivertown Newspaper Group,    c/o Credit Service Intn'l,    516 2nd St,    Hudson, WI 54016-1551
4407790        +South Hill Dental,    Acct No xxxx,    2850 Curve Crest Blvd #200,    Stillwater, MN 55082-4073
4407791        +St Croix Spinal Care & Sports,    2421 Hanley Rd #800,    Hudson, WI 54016-8400
4407798        +Wisconsin Dept of Workforce Development,    PO Box 7905,    Madison, WI 53707-7905
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: WFFC.COM Jul 10 2017 19:28:00      Wells Fargo Dealer Services,    P O BOX 19657,
                 Irvine, CA 92623-9657
4407779        +EDI: CAPITALONE.COM Jul 10 2017 19:28:00      Capital One Bank,    Acct No xxxx,    4851 Cox Rd,
                 Glen Allen, VA 23060-6293
4407781        +E-mail/Text: bankruptcy@cottonwoodfinancial.com Jul 10 2017 19:25:49      Cottonwood Financial,
                 Acct No xxxx,    d/b/a Cash Store,    1901 Gateway Dr #200,    Irving, TX 75038-2425
4407783        +EDI: IRS.COM Jul 10 2017 19:33:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
4407787        +Fax: 407-737-5634 Jul 10 2017 19:43:17      Ocwen Loan Servicing,    Acct No xxxx2332,
                 PO Box 24737,    West Palm Beach, FL 33416-4737
4407792        +E-mail/Text: anna.c.lavigne@lakeview.org Jul 10 2017 19:26:06      Stillwater Medical Group,
                 Acct No xxxx,    1500 Curve Crest Blvd,    Stillwater, MN 55082-6040
4407793        +EDI: STF1.COM Jul 10 2017 19:33:00      SunTrust,    Acct No xxxxxxxxx7xxx,    Recovery Dept,
                 PO Box 26150,    Richmond, VA 23260-6150
4407794        +EDI: WFFC.COM Jul 10 2017 19:28:00      Wells Fargo Dealer Services,    Acct No xxxxxxxx0xxx,
                 PO Box 1697,    Winterville, NC 28590-1697
4407795         EDI: WFFC.COM Jul 10 2017 19:28:00      Wells Fargo Financial,    3101 W 69th St,
                 Minneapolis, MN 55435
4407796        +EDI: WISCDEPREV.COM Jul 10 2017 19:33:00      Wisconsin Dept of Revenue,    Acct No xxxx,
                 Collections,    PO Box 8901,    Madison, WI 53708-8901
4407797        +EDI: WISCDEPREV.COM Jul 10 2017 19:33:00      Wisconsin Dept of Revenue,    Collections,
                 PO Box 8901,    Madison, WI 53708-8901
                                                                                               TOTAL: 11
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2017 at the address(es) listed below:
              James V. Block    jim@krautkramerblock.com, WI49@ecfcbis.com
              Jay J. Pitner    on behalf of Creditor    U.S. Bank National Association, as Trustee under Pooling
               and Servicing Agreement dated as of November 1, 2005 MASTR Asset-Backed Securities Trust
               2005-FRE1 Mortgage Pass-Through Certificates, Series 2 bknotices@gray-law.com;bknotice@gmail.com

```
District/off: 0758-1          User: monica              Page 2 of 2              Date Rcvd: Jul 10, 2017
                              Form ID: 318              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joseph A Skokan    on behalf of Joint Debtor Marialena  Wallin piletichskokan@comcast.net
          Joseph A Skokan    on behalf of Debtor Craig P Wallin piletichskokan@comcast.net
          U.S. Trustee's Office    USTPRegion11.MD.ECF@usdoj.gov
          TOTAL: 5